IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICKOLUS D. HAYES, ) <br> AIS # 277221, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIE THOMAS, *et al.*, ) <br> ) <br>     Respondents. ) | CASE NO. 2:14-CV-1159-WKW <br> [WO] |

## **ORDER**

On February 6, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 12) is ADOPTED;

2. Petitioner's request for relief under 28 U.S.C. § 2254 is DENIED; and

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 22nd day of March, 2017.

                                            /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE